the court's charge cannot be reviewed in the absence of a statement of facts.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## JONES v. STATE.
### No. 20576.

Court of Criminal Appeals of Texas.
Oct. 11, 1939.

W. J. Oxford, Jr., of Stephenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of burglary of a private residence, his punishment being assessed at five years confinement in the penitentiary.

The indictment appears to be in proper form. The record contains neither statement of facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.

## McBRIDE v. STATE.
### No. 20548.

Court of Criminal Appeals of Texas.
Oct. 11, 1939.

M. E. Gates, of Huntsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft of a hog; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.